IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS BERARD, | Civil No. 3:16-cv-2556 |
| Plaintiff | (Judge Mariani) |
| v. | |
| TIMOTHY CRAWFORD, ANGELO J. JORDAN, | |
| Defendants | |

## ORDER

**AND NOW**, this \_\_\_8th\_\_\_ day of May, 2017, upon consideration of Defendants' motion (Doc. 8) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 8) to dismiss is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge